Decided January 7, 2004

## DONALD CHARETTE ET AL. *v.* CITY OF WATERBURY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 80 Conn. App. 232 (AC 23408), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jeffrey R. Babbin*, in support of the petition.

*Dana B. Lee*, in opposition.

Decided January 7, 2004